| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Mary D. Bursott |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of Illinois (State) |
| Case number | 20-81111 |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, as Trustee of the Igloo Series II Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 9 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 1/14/2021: Proof of Claim/Plan Review ($950) and 410A Prep ($250) | (5) | $ 1,200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2            Notice of Postpetition Mortgage Fees, Expenses, and Charges            page 1

| Debtor 1 | Mary D. Bursott | Case number (if known) 20-81111 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 1 / 22 / 2021

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
Number   Street
Loveland, OH 45140
City   State   ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**
BSI Financial Services
Attn: Payment Processing
7505 Irvine Center Drive, Suite 200
Irvine, CA 92618

**INVOICE #**
**DATE** 01/14/2021

**S&B FILE NUMBER**

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Bursott, Mary | Proof of Claim/Plan Review | 1 | 950.00 | 950.00 |
| Bursott, Mary | 410A Prep | 1 | 250.00 | 250.00 |

BALANCE DUE $1,200.00

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| In Re: | Case No. 20-81111 |
| Mary D. Bursott | Chapter 13 |
| Debtor. | Hon. Judge Thomas L. Perkins |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on January 22, 2021 a copy of the foregoing has been duly electronically noticed to the following parties:

    Michael James Meyers, Debtor's Counsel
    mmeyers@ostlinglaw.com

    Marsha L Combs-Skinner, Trustee
    Trusteecs@Danville13.com

    Office of the U.S. Trustee
    USTPRegion10.PE.ECF@usdoj.gov

And deposited in the United States mail, postage prepaid, addressed to the following parties:

    Mary D. Bursott, Debtor
    7811 W. Mohawk Trail
    Peoria, IL 61604

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor